USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: Jan 5, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BONIFACIO GUZMAN,

                        Plaintiff,

            -against-

MI PUEBLITO INC. and IGNACIO FLORES,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

20 Civ. 4495 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the

Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to

restoring the action to this Court's calendar if an application to restore is made within thirty (30)

days of this Order.

The January 6, 2021 conference is canceled.

Dated: New York, New York
       January 5, 2021

                              SO ORDERED.

                              *George B. Daniels*
                              GEORGE B. DANIELS
                              United States District Judge