UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BONAFACIO GUZMAN,                                :

                                                 Plaintiff,          :

                        - against -               :             ORDER
                                                                                    20-CV-4495(KNF)

MI PUEBLITO, Inc., IGNACIO FLORES, as an           :
individual,                                                              :

                                    Defendants.       :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       In this action brought pursuant to the Fair Labor Standards Act and New York Law, the parties have submitted their proposed settlement agreement for the Court's review. To aid the Court in determining whether the proposed settlement agreement is fair and reasonable, counsel to the plaintiff shall file: 1) the retainer agreement into which counsel entered with the plaintiff; and 2) evidence establishing that the hourly rate for legal services reflected in the billing records submitted to the Court are comparable to the rates at which attorneys in this judicial district, who are of comparable skill and experience to the plaintiff's counsel, bill for similar legal services.

Dated: New York, New York           SO ORDERED:
          February 19, 2021

                                                                      _____
                                                                      KEVIN NATHANIEL FOX
                                                                      UNITED STATES MAGISTRATE JUDGE