UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BONIFACIO GUZMAN,                              :
                                               :
                       Plaintiff,              :
                                               :
         - against -                           :        ORDER
                                               :        20-CV-04495 (KNF)
MI PUEBLITO, Inc., and IGNACIO FLORES as an    :
individual,                                    :
                                               :
                       Defendants.             :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on March 31, 2021, at 2:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York                SO ORDERED:
        March 19, 2021

                                          _____
                                          KEVIN NATHANIEL FOX
                                          UNITED STATES MAGISTRATE JUDGE