UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BONIFACIO GUZMAN,

                  Plaintiff,

     - against -                                ORDER
                                                 20-CV-4495 (KNF)

MI PUEBLITO, Inc., and IGNACIO FLORES as an individual,

                  Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The Court has reviewed the parties' settlement agreement appearing at Docket Entry No. 22 and finds that paragraphs 7(c), (e), (f), (g) and (h) continue to suffer from the problems discussed with the parties during the March 31, 2021 telephonic conference. The parties are to review paragraph 7 of the settlement agreement and make the necessary modification to ensure that the paragraph is fully comprehensible.

Dated: New York, New York          SO ORDERED:
        April 1, 2021

                                                      */s/ Kevin Nathaniel Fox*
                                                      KEVIN NATHANIEL FOX
                                                      UNITED STATES MAGISTRATE JUDGE